WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jesus Alvarado-Ruiz, et al.,<br><br>    Defendant. | **NO. 18-01101MJ**<br><br>**MATERIAL WITNESS ORDER OF DETENTION** |

Defendant, Jesus Alvarado-Ruiz, et al., having been charged in the District of Arizona with a violation of Count One of Title 8 United States Code Section 1324(a)(1)(A)(ii)(B)(i) and Count Two of Title 8 United States Code Section 1324(a)(1)(A)(iii)(v)(I) and the Magistrate Judge having determined from the affidavit of the Department of Homeland Security Customs and Border Protection filed in this case, the following persons can provide testimony that is material to the offense(s) alleged in the complaint:

                           Guillermo Gonzalez-Islas
                           Dayami Osorio-Ortiz

The Magistrate Judge finds that it may become impracticable to secure the presence of the witness(es) by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a corrections facility separate, to the extent practicable, from persons awaiting or

serving sentences or being held in custody pending appeal.  The witness(es) shall be afforded a reasonable opportunity for private consultation with counsel.

Dated this 5th day of February, 2018.

_____
Honorable James F. Metcalf
United States Magistrate Judge